IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to extend progression order deadlines (Filing No. 26). Having reviewed the index of evidence in support of the motion (Filing No. 27), the Court finds defendants should furnish an explanation as to their conduct in connection with discovery matters identified by the plaintiff's motion. Accordingly,

IT IS ORDERED that defendants shall, on or before February 10, 2012, file a response to plaintiff's motion explaining why they have not responded to plaintiff's requests for discovery.

DATED this 2nd day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court