IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court after defendants were ordered to file a response to plaintiff's motion explaining why they have not responded to plaintiff's requests for discovery on or before February 10, 2012 (Filing No. 28).  The Court notes no response has been filed.  Accordingly,

IT IS ORDERED that defendants shall show cause, in writing, on or before March 1, 2012, why judgment of liability should not be entered against them.  Failure to do so will result in a trial on the amount of damages only.

DATED this 15th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court