IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRONE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | 8:11CV128 |
| ) | |
| v. ) | |
| ) | |
| CITY OF OMAHA, a political ) | ORDER |
| subdivision of the State of ) | |
| Nebraska; MOLLY HIATT, both ) | |
| individually and officially ) | |
| as an officer of the Omaha ) | |
| Police Department, and PAUL ) | |
| HASIAK, both individually and ) | |
| officially as an officer of ) | |
| the Omaha Police Department, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

　　　　This matter is before the Court after defendants were ordered to file a response to plaintiff's motion explaining why they have not responded to plaintiff's requests for discovery on or before February 10, 2012 (Filing No. 28).  The Court notes no response has been filed.  Accordingly,

　　　　IT IS ORDERED that defendants shall show cause, in writing, on or before March 1, 2012, why judgment of liability should not be entered against them.  Failure to do so will result in a trial on the amount of damages only.

　　　　DATED this 15th day of February, 2012.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court