IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to take deposition of a person in prison (Filing No. 44). Noting plaintiff has no objection, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Ellis D. McCarthur, Data No. 2246409, shall be made available for a deposition at the Douglas County Correctional Center, 710 South 17th Street, Omaha, Nebraska, on a date and time agreed to between counsel for the parties and the Douglas County Department of Corrections.

DATED this 11th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court