IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political | ) | ORDER |
| subdivision of the State of | ) | |
| Nebraska; MOLLY HIATT, both | ) | |
| individually and officially | ) | |
| as an officer of the Omaha | ) | |
| Police Department, and PAUL | ) | |
| HASIAK, both individually and | ) | |
| officially as an officer of | ) | |
| the Omaha Police Department, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

       This matter is before the Court on the motion of D.C. Bradford and Justin D. Eichmann of the law firm of Bradford & Coenen, LLC., for leave to withdraw as counsel (Filing No. 48), and motion to continue trial (Filing No. 50).  Defendants have filed a response (Filing No. 53) that they do not oppose either motion.  The Court finds both motions should be granted.  Accordingly,

       IT IS ORDERED:

       1) The motion of D.C. Bradford and Justin D. Eichmann of the law firm of Bradford & Coenen, LLC., for leave to withdraw as counsel for plaintiff is granted.  Plaintiff shall have until **June 1, 2012,** to advise the Court in writing whether he has obtained new counsel or will appear *pro se*.

2) The motion to continue trial is granted. The pretrial conference is set for:

**Monday, July 9, 2012, at 10 a.m.**

in the chambers of Magistrate Judge F.A. Gossett, III, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3) Trial of this matter is rescheduled for:

**Tuesday, July 24, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 24th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court