IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

      This matter is before the Court on the limited entry of appearance and motion to continue pretrial conference and motion to amend scheduling order (Filing No. 58), together with defendants' response thereto (Filing No. 59). After telephonic conference with counsel,

      IT IS ORDERED that the pretrial conference date and trial date are cancelled. Plaintiff's counsel shall file a written report on or before August 6, 2012, advising the Court of the status of her representation of plaintiff, as well as when she will be ready for the pretrial conference and trial.

      DATED this 6th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court