IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political | ) | ORDER |
| subdivision of the State of | ) | |
| Nebraska; MOLLY HIATT, both | ) | |
| individually and officially | ) | |
| as an officer of the Omaha | ) | |
| Police Department, and PAUL | ) | |
| HASIAK, both individually and | ) | |
| officially as an officer of | ) | |
| the Omaha Police Department, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

         This matter is before the Court on the limited entry of

appearance and motion to continue pretrial conference and motion

to amend scheduling order (Filing No. 58), together with

defendants' response thereto (Filing No. 59).  After telephonic

conference with counsel,

         IT IS ORDERED that the pretrial conference date and

trial date are cancelled.  Plaintiff's counsel shall file a

written report on or before August 6, 2012, advising the Court of

the status of her representation of plaintiff, as well as when

she will be ready for the pretrial conference and trial.

         DATED this 6th day of July, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court