IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

       This matter is before the Court on plaintiff's motion to amend scheduling order (Filing No. 62), together with defendants' response thereto (Filing No. 63), and plaintiff's reply (Filing No. 64). The Court held a telephonic conference with counsel regarding the motion on August 14, 2012.

       Defendants object to any extension of discovery deadlines, stating that they "have relied upon the discovery deadlines and the disclosures made by Plaintiff's previous counsel" (Filing No. 63, at 2). The Court notes that the progression order has been amended once before due to the inability of defendants to comply with discovery deadlines (*see* order requiring defendants to show cause, Filing No. 29). In the

interests of justice, the Court will grant plaintiff's motion to amend.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; defendant's objection is overruled; the amended final progression order (Filing No. 31) is modified as follows:

1) All witnesses shall be identified no later than Friday, October 12, 2012;

2) Depositions of any additionally named witnesses must be completed by Friday, November 2, 2012;

3) Any motion *in limine* challenging the admissibility of testimony of an expert witness under Rule 702, Federal Rules of Evidence, shall be filed no later than November 26, 2012, in the absence of which any objection based upon said rule shall be deemed waived;

4) All motions for summary judgment shall be filed on or before November 16, 2012;

5) The final pretrial conference is set for:

**Monday, December 3, 2012, at 9:30 a.m.**

before Magistrate Judge F. A. Gossett, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; and

6) Trial is set to commence before the undersigned at:

**Tuesday, December 11, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 14th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court