## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE J. PATTERSON, | ) | |
| | ) | 8:11CV128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MOLLY HIATT, both individually | ) | |
| and officially as an officer of the | ) | |
| Omaha Police Department, and | ) | |
| PAUL HASIAK, both individually | ) | |
| and officially as an officer of | ) | |
| the Omaha Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Tyrone J. Patterson, and against Defendant, Paul Hasiak, in the amount of $1.00, together with the taxable costs of this action.

DATED this 14th day of December, 2012.

DENISE M. LUCKS
Clerk of Court

By s/ Tiwauna Lawrence
Deputy Clerk