IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRONE J. PATTERSON, ) | |
| ) | 8:11CV128 |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| MOLLY HIATT, both individually ) and officially as an officer of the ) Omaha Police Department, and ) PAUL HASIAK, both individually ) and officially as an officer of ) the Omaha Police Department, ) ) | |
| Defendants. ) | |

This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Molly Hiatt, and against the Plaintiff, Tyrone J. Patterson. Plaintiff's complaint is dismissed with prejudice, and costs are taxed to the plaintiff.

DATED this 14th day of December, 2012.

DENISE M. LUCKS
Clerk of Court


By s/ Tiwauna Lawrence
Deputy Clerk