IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of plaintiff Tyrone Patterson for reconsideration of the Court's order regarding the award of attorney's fees and costs (Filing No. 119). The Court filed a memorandum opinion and order and judgment denying plaintiff's motion on January 28, 2013, after the seven-day period for a reply under Nebraska Civil Rule 7.1(c) had run. Further review of the local rules revealed that plaintiff should have been accorded an additional three days under Rule 6.1(b). The Court has considered plaintiff's reply brief and finds that the relevant issues were fully addressed in the Court's prior memorandum opinion (Filing No. 116) and order and judgment (Filing No. 117). Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for reconsideration is denied as moot.

2) Plaintiff's motion to amend his motion for attorney's fees (Filing No. 105) is denied as moot.

3) Plaintiff's motion to place Exhibit 3 (Filing No. 119-4) under seal is granted.

4) Plaintiff's motion to strike or seal defendant's exhibit containing the statements of the jury is denied.

DATED this 30th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court