IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TYRONE PATTERSON,              )
                               )
              Plaintiff,       )          8:11CV128
                               )
         v.                    )
                               )
CITY OF OMAHA, a political     )          ORDER
subdivision of the State of    )
Nebraska; MOLLY HIATT, both    )
individually and officially    )
as an officer of the Omaha     )
Police Department, and PAUL    )
HASIAK, both individually and  )
officially as an officer of    )
the Omaha Police Department,   )
                               )
              Defendants.       )
_____)
```

       This matter is before the Court on plaintiff's motion to extend time within which to file a reply to defendants' motion in opposition to plaintiff's motion to alter or amend or in the alternative new trial (Filing No. 124).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until February 11, 2013, to respond to defendants' motion in opposition to plaintiff's motion to alter or amend or in the alternative new trial.

       DATED this 6th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court