IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRONE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | 8:11CV128 |
| ) | |
| v. ) | |
| ) | |
| CITY OF OMAHA, a political ) | ORDER AND JUDGMENT |
| subdivision of the State of ) | |
| Nebraska; MOLLY HIATT, both ) | |
| individually and officially ) | |
| as an officer of the Omaha ) | |
| Police Department, and PAUL ) | |
| HASIAK, both individually and ) | |
| officially as an officer of ) | |
| the Omaha Police Department, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that plaintiff's motion to alter or amend the judgment or, in the alternative, for a new trial (Filing No. 103) is denied.

DATED this 13th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court