IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TYRONE PATTERSON,              )
                               )
              Plaintiff,       )              8:11CV128
                               )
        v.                     )
                               )
CITY OF OMAHA, a political     )              ORDER
subdivision of the State of    )
Nebraska; MOLLY HIATT, both    )
individually and officially    )
as an officer of the Omaha     )
Police Department, and PAUL    )
HASIAK, both individually and  )
officially as an officer of    )
the Omaha Police Department,   )
                               )
              Defendants.      )
_____)
```

This matter is before the Court after telephonic conference with counsel.  Pursuant to the agreement of the parties,

IT IS ORDERED:

1) Defendant City of Omaha shall have until February 22, 2013, to file a motion to dismiss.

2) Plaintiff shall have until March 1, 2013, to file a response to said motion.

DATED this 14th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court