IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

       This matter is before the Court on plaintiff's motion to strike Filing No. 142 (Filing No. 145).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that plaintiff's motion is granted.  The Clerk of Court shall strike Filing No. 142.

       DATED this 10th day of April, 2013.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court