IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV128 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; MOLLY HIATT, both individually and officially as an officer of the Omaha Police Department, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion for leave to file motion for summary judgment on the *Monell* claims (Filing No. 150). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted. Defendants shall have until May 20, 2013, to file their motion for summary judgment on the *Monell* claims.

DATED this 7th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court