IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TYRONE PATTERSON,              )
                              )
              Plaintiff,       )        8:11CV128
                              )
       v.                      )
                              )
CITY OF OMAHA, a political     )        ORDER AND JUDGMENT
subdivision of the State of    )
Nebraska; MOLLY HIATT, both    )
individually and officially    )
as an officer of the Omaha     )
Police Department, and PAUL    )
HASIAK, both individually and )
officially as an officer of    )
the Omaha Police Department,   )
                              )
              Defendants.       )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's request for a hearing on the motion is denied.

2) Plaintiff's motion for reconsideration of the Court's summary judgment order is denied.

DATED this 4th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court