# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-3213
_____

Tyrone J. Patterson

Plaintiff - Appellant

v.

City of Omaha, a political subdivision of the State of Nebraska; Molly Hiatt, both individually and officially as an officer of the Omaha Police Department; Paul Hasiak, both individually and officially as an officer of the Omaha Police Department

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:11-cv-00128-LES)
_____

**JUDGMENT**

Before MURPHY, SMITH and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 09, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans