IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TYRONE PATTERSON,              )
                               )
          Plaintiff,           )        8:11CV128
                               )
     v.                        )
                               )
CITY OF OMAHA, a political     )        ORDER
subdivision of the State of    )
Nebraska; MOLLY HIATT, both    )
individually and officially    )
as an officer of the Omaha     )
Police Department, and PAUL    )
HASIAK, both individually and  )
officially as an officer of    )
the Omaha Police Department,   )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendants' motion for authority to pay the judgment into the Court (Filing No. 178). The Court has reviewed the motion and finds it should be granted. Accordingly,

IT IS ORDERED that defendants' motion for authority to pay the judgment into the Court is granted. Defendants may deposit the sum of $1.10 in the Registry of the Court.

DATED this 24th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court