IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TYRONE PATTERSON,              )
                               )
          Plaintiff,           )      8:11CV128
                               )
     v.                        )
                               )
CITY OF OMAHA, a political     )      ORDER
subdivision of the State of    )
Nebraska; MOLLY HIATT, both    )
individually and officially    )
as an officer of the Omaha     )
Police Department, and PAUL    )
HASIAK, both individually and  )
officially as an officer of    )
the Omaha Police Department,   )
                               )
          Defendants.          )
_____)
```

This matter is before the Court to pay to the plaintiff the judgment on deposit with the Court.  Accordingly,

IT IS ORDERED that the clerk of court shall disburse the sum of $1.10 to Tyrone Patterson by mailing the check to:

        Sheri Long Cotton
        1447 Panola Road
        Ellenwood Village, GA 30294.

DATED this 19th day of July, 2016.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court